JAMES FRIEDMAN *v.* MERIDEN ORTHOPAEDIC GROUP, P.C., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 77 Conn. App. 307 (AC 21841), is granted, limited to the following issue:

"Did the trial court properly preclude the plaintiff's board certified radiologist from testifying against the defendants?"

The Supreme Court docket number is SC 17047.

*Carey B. Reilly,* in support of the petition.

*David J. Robertson,* in opposition.

Decided September 4, 2003

STATE OF CONNECTICUT *v.* SALVATORE CICCIO

The defendant's petition for certification for appeal from the Appellate Court, 77 Conn. App. 368 (AC 22088), is denied.

*Martin Zeldis,* senior assistant public defender, in support of the petition.

*Nancy L. Chupak,* assistant state's attorney, in opposition.

The defendant's petition for certification for appeal from the Appellate Court, 77 Conn. App. 405 (AC 22229), is denied.